**Amanda M. Walkup, OSB 934508**
awalkup@hershnerhunter.com
Hershner Hunter, LLP
180 E. 11th Avenue
P.O. Box 1475
Eugene, OR 97440-1475
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

**Of Attorneys for Defendants**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **RANDY SPALDING;** | Case No. 6:12-CV-00769-TC |
| Plaintiff, | STIPULATED MOTION DIRECTING DEFENDANTS DELTA TO MAKE $5,000 DEPOSIT WITH THE COURT |
| v. | |
| **BABB CONSTRUCTION CO. dba DELTA CONSTRUCTION CO., and DELTA SAND & GRAVEL CO.;** | |
| Defendants. | |

Pursuant to Fed. R. Civ P. 67, the parties stipulate to the entry of an order directing Defendants Babb Construction Co. dba Delta Construction Co. and Delta Sand & Gravel Co. ("Delta") to pay to the Clerk of Court the sum of $5,000.00.

/////

/////

/////

/////

/////

Page 1 – STIPULATED MOTION DIRECTING DEFENDANTS DELTA TO MAKE $5,000 DEPOSIT

A form of Order directing Delta to make the deposit is tendered herewith.

| | |
|---|---|
| DATED: February 20, 2013 | DATED:  February 20, 2013 |
| HERSHNER HUNTER, LLP | LEIMAN & JOHNSON, LLC |
| */s/ Amanda M. Walkup* | */s/ Alan J. Leiman* |
| _____ | _____ |
| Amanda M. Walkup, OSB 934508 | Alan J. Leiman, OSB 98074 |
| awalkup@hershnerhunter.com | alan@leimanlaw.com |
| Telephone: (541) 686-8511 | Telephone:  (541) 345-2376 |
| Facsimile:  (541) 344-2025 | Facsimile:   (541) 345-2377 |
| Of Attorneys for Defendants | Of Attorneys for Plaintiff |