Amanda M. Walkup, OSB 934508
awalkup@hershnerhunter.com
Hershner Hunter, LLP
180 E. 11th Avenue
P.O. Box 1475
Eugene, OR 97440-1475
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

**Of Attorneys for Defendants**

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| RANDY SPALDING; | Case No. 6:12-CV-00769-TC |
|     Plaintiff, | |
| v. | **ORDER TO WITHDRAW FUNDS AND DISBURSE** |
| BABB CONSTRUCTION CO. dba DELTA CONSTRUCTION CO., and DELTA SAND & GRAVEL CO.; | (Treasury Registry Funds) |
|     Defendants. | |

Funds in the amount of $5,000.00 were previously deposited with the Court pursuant to the Court's Order (#32) of February 22, 2013. These funds were deposited into the Court's treasury registry fund.

In accordance with the Stipulated Motion to Release and Disburse Funds (#36), entered October 14, 2014, the funds previously deposited with the Clerk of Court shall be withdrawn and disbursed as follows:

/////

Page 1 - ORDER TO WITHDRAW FUNDS AND DISBURSE

{00984587.DOCX}

1.  Payments:

    a.  Name of Payee: Randy Spalding

    b.  Amount of Payment: 100% of the balance.

    c.  Mailing Address of Payee: c/o Hershner Hunter, LLP, 180 E. 11th Ave., Eugene, OR 97401.

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to LR 67-3(b).

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

DATED this 15 day of Oct, 2014.

_____
The Honorable Thomas M. Coffin
Magistrate Judge

**For Court Use Only**

**APPROVED AS TO FORM:**

Mary L. Moran, Clerk of Court

By: /s/ Renee M. Martin

Page 2 - ORDER TO WITHDRAW FUNDS AND DISBURSE

{00984587.DOCX}